**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**VINCENT TRACY TAITE,**

      **Petitioner,**

**v.**                                                              **Case No. 3:12cv127/MCR/EMT**

**MICHAEL D. CREWS,**

      **Respondent.**

_____/

**ORDER**

      This cause comes on for consideration upon the Chief Magistrate Judge's Report and Recommendation dated May 6, 2014 (doc. 70).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  The Court previously granted Petitioner's Motion for an Enlargement of Time to File Objections through June 15.  That time has passed.  Petitioner filed his objections untimely on June 18, 2014 (doc. 74).

      Having considered the Report and Recommendation, the Court has determined that the Report and Recommendation should be adopted.[1]

      Accordingly, it is now **ORDERED** as follows:

      1.     The Chief Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

      2.     The Petition for Writ of Habeas Corpus (doc. 1) is **DENIED**.

---

[1]  Even considering the untimely filed objections, the Court's ruling would be the same.

3.      A certificate of appealability is **DENIED**.

      **DONE and ORDERED** this 16th day of July, 2014.


*M. Casey Rodgers*
_____

**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**